# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00034-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN BERNARDO RODRIGUEZ-CASTILLO,
   a/k/a Francisco Chavez-Ortega,

    Defendant.

---

## ORDER

---

Upon application of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring the United States Marshal to produce the defendant before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this \_\_\_\_4th_____ day of _____March_____, 2008.

\_\_\_\_\_s/Lewis T. Babcock_____
LEWIS T. BABCOCK, JUDGE
UNITED STATES DISTRICT
DISTRICT OF COLORADO