IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00034-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JUAN BERNARDO RODRIGUEZ-CASTILLO,
    a/k/a Francisco Chavez-Ortega,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 15th day of ~~July~~ Aug, 2008.

BY THE COURT:

_____
Lewis T. Babcock
United States District Court Judge